**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL L. DEXTER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN/CUSTODIAN-SVSP,<br><br>　　　　Respondent. | NO. ED CV 18-2195-AG(E)<br><br>ORDER OF DISMISSAL |

Petitioner filed a "Petition for Writ of Habeas Corpus" on October 9, 2018 in the United States District Court for the Eastern District of California. On October 15, 2018, the United States District Court for the Eastern District of California transferred the action to this Court. Respondent has not yet filed an answer or a motion for summary judgment.

On December 4, 2018, Petitioner filed "Petitioner's Own Motion to Withdraw His Federal Habeas Corpus" ("Motion"), expressing Petitioner's desire to "withdraw" the Petition. Petitioner states that the jailhouse lawyer who assertedly drafted the Petition

allegedly defrauded Petitioner by misrepresenting the facts of the case. Petitioner also states that he has obtained new counsel and wishes to exhaust new claims in state court.

The Court construes the Motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. Under Rule 41(a)(1)(A), the action is deemed dismissed by operation of law. See Commercial Space Management Co. v. Boeing Co., 193 F.3d 1074, 1078 (9th Cir. 1999) ("it is beyond debate that a dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it"). Accordingly, the Petition is dismissed without prejudice. See Fed. R. Civ. P. 41(a).

IT IS SO ORDERED.

Dated 12/13/2018

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

Presented this 11th day
of December, 2018, by:

/s/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE