JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SAMUEL L. DEXTER,                    ) NO. ED CV 18-2195-AG(E)
                                     )
            Petitioner,              )
                                     )
      v.                             ) JUDGMENT
                                     )
WARDEN/CUSTODIAN-SVSP,               )
                                     )
                                     )
            Respondent.              )
_____)


        Pursuant to the "Order Dismissing Petition Without Prejudice,"


        IT IS ADJUDGED that the Petition is denied and dismissed without
prejudice.


        DATED:  12/13/2018

                                    _____
                                             ANDREW J. GUILFORD
                                        UNITED STATES DISTRICT JUDGE